UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>            Plaintiff,<br><br>      v.<br><br>RALPH DIAZ, *et al.*,<br><br>            Defendants. | Case No.   1:19-cv-01141-JDP<br><br>ORDER CONSTRUING PLAINTIFF'S MOTION AS A VOLUNTARY DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE<br><br>ECF No. 10 |

    Plaintiff, a state prisoner proceeding without counsel, filed a "Motion to Withdraw Complaint" before his complaint had been served. ECF No. 10. Plaintiff explains that he would like to withdraw his complaint because he cannot afford to pay the filing fee. *See id.* Under Rule 41(a) plaintiff may voluntarily dismiss this action without an order from the court at any time before the opposing party answers the complaint. Fed. R. Civ. P. 41(a)(1)(A)(i). Thus, the court construes plaintiff's motion as a notice of voluntary dismissal. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 29, 2020                           /s/ Jeremy Peterson
                                                        UNITED STATES MAGISTRATE JUDGE

No. 204.